No. _____

**FILED**
Jan 28, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1:21-cr-00022-NONE-SKO

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
vs.

### NATHAN DANIEL LARSON,

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1201(a)(1), (d) and (g) – Kidnapping and Attempt [COUNT ONE]; 18 U.S.C. § 2423(a) – Transportation of Minor with Intent to Engage in Illegal Sexual Activity [COUNT TWO]; 18 U.S.C. § 2422(b) – Coercion and Enticement of Minor [COUNT THREE]; 18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of Minor and Attempt [COUNT FOUR]; 18 U.S.C. § 2252(a)(2) – Receipt and Distribution of Material Involving the Sexual Exploitation of Minors [COUNT FIVE]; 18 U.S.C. §§ 2253 and 2428 – Criminal Forfeiture

*A true bill,*

/s/
_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____, A.D. 20 _____

_____
*Clerk.*

*Bail, $* __Issue No Bail Warrant__

B. McAuliffe _____ 1/28/21

GPO 863 525

AO 257
(Rev. 9/92)

\_\_\_\_ YES: SAB conflict in USAO (Before 01/01/13)   \_\_\_Yes: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING: Case No. _____

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: Fresno County

U.S.C. Citation: See Indictment

**DEFENDANT – – U.S. vs.**
▶ NATHAN DANIEL LARSON

Address:

Birth Date: (Optional unless a juvenile)

☒ Male  ☐ Alien
☐ Female  (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Dada Cheam- HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.
▶ 1:20-MJ-00147-BAM

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges ▶ \_\_\_\_
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo.  Day  Year

DATE OF ARREST ▶ \_\_\_\_
Or . . . if Arresting Agency & Warrant were not Federal
Mo.  Day  Year
DATE TRANSFERRED TO U.S. CUSTODY ⇨ \_\_\_\_

Name and Office of Person Furnishing Information on
THIS FORM: KERRY RIN
☐ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): BRIAN ENOS

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS
| X | **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)
**Please Issue No Bail Warrant**

## United States v. NATHAN DANIEL LARSON
### Penalties for Indictment

**Defendant**

**NATHAN DANIEL LARSON**

**COUNT 1:**

VIOLATION:   18 U.S.C. § 1201(a), (d) and (g) – Kidnapping and Attempt

PENALTIES:   Mandatory minimum of 20 years in prison and a maximum of up to LIFE in prison;
Fine of up to $250,000; and
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (18 USC § 3013)

**COUNT 2:**

VIOLATION:   18 U.S.C. § 2423(a) – Transportation of Minor with Intent to Engage in Illegal Sexual Activity

PENALTIES:   Mandatory minimum of 10 years in prison and a maximum of up to LIFE in prison;
Fine of up to $250,000; and
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $5,100 (18 USC 3013, 3014)

**COUNT 3:**

VIOLATION:   18 U.S.C. § 2422(b) – Online Coercion and Enticement

PENALTIES:   Mandatory minimum of 10 years in prison and a maximum of up to LIFE in prison;
Fine of up to $250,000; and
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $5,100 (18 USC 3013, 3014)

## COUNT 4:

VIOLATION:   18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Minor and Attempt

PENALTIES:   Mandatory minimum of 15 years in prison and a maximum of up to 30 years in prison;
Fine of up to $250,000; and
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $5,100 (18 USC 3013, 3014)

## COUNT 5:

VIOLATION:   18 U.S.C. § 2252(a)(2) – Receipt and Distribution of Child Pornography

PENALTIES:   Mandatory minimum of 5 years in prison and a maximum of up to 20 years in prison;
Fine of up to $250,000; and
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $5,100 (18 USC 3013, 3014)

## FORFEITURE ALLEGATION:   NATHAN DANIEL LARSON

VIOLATION:   18 USC §§ 2253 and 2428

PENALTIES:   As stated in the charging document.