Case 1:21-cr-00022-NONE-SKO Document 5 Filed 02/02/21 Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant



ISSUED

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | 1:21-cr-00022-NONE-SKO |
|---|---|---|
| v. | ) | |
| NATHAN DANIEL LARSON | ) | Case No. ~~1:20-mj-00147-BAM~~ |
| | ) | |
| Defendant | ) | |

**FILED**
FEB 02 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   NATHAN DANIEL LARSON
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1201 - Kidnapping
18 USC 2251(a) - Sexual Exploitation of a Minor
18 USC 2252(a)(2) - Receipt and Distribution of Child Pornography
18 USC 2421 - Interstate Transportation of Individual with Intent that Such Individual Engage in Illegal Sexual Activity; and
18 USC 2422(b)- Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity

Date:   12/22/2020         *B.McAuliffe*
                            *Issuing officer's signature*

City and state:   Fresno, California         Hon. Barbara A. McAuliffe - U.S. Magistrate Judge
                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12·23·20, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: 1/29/2021
Case transitioned to
Indictment!

*Nicole Nadeau*
*Arresting officer's signature*

Nicole Nadeau
*Printed name and title*