AO 442 (Rev. 11/11) Arrest Warrant

**ISSUED**

# UNITED STATES DISTRICT COURT

## FILED

for the

Eastern District of California

FEB 1 2 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:21-cr-00022-NONE-SKO |
| NATHAN DANIEL LARSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     NATHAN DANIEL LARSON                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1201(a), (d) and (g) – Kidnapping and Attempt
18 U.S.C. § 2423(a) – Transportation of Minor with Intent to Engage in Illegal Sexual Activity
18 U.S.C. § 2422(b) – Online Coercion and Enticement
18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Minor and Attempt
18 U.S.C. § 2252(a)(2) – Receipt and Distribution of Child Pornography
18 USC §§ 2253 and 2428

Date:     01/28/2021

*Issuing officer's signature*

City and state:     Fresno, CA

B McAuliffe, Magistrate Judgr
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 1/28/21 , and the person was arrested on *(date)* 2/11/21 at *(city and state)* FRESNO, CA . |
| Date: 2/12/21 |

*Arresting officer's signature*

DADA CHEAM, SPECIAL AGENT
*Printed name and title*