AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
FEB 12 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| NATHAN DANIEL LARSON | ) Case No. | 1:21-cr-00022-NONE-SKO |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    NATHAN DANIEL LARSON,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1201(a), (d) and (g) – Kidnapping and Attempt
18 U.S.C. § 2423(a) – Transportation of Minor with Intent to Engage in Illegal Sexual Activity
18 U.S.C. § 2422(b) – Online Coercion and Enticement
18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Minor and Attempt
18 U.S.C. § 2252(a)(2) – Receipt and Distribution of Child Pornography
18 USC §§ 2253 and 2428

Date:   01/28/2021                                    *Issuing officer's signature*

City and state:   Fresno, CA                          B McAuliffe, Magistrate Judge
                                                      *Printed name and title*

---

### Return

This warrant was received on *(date)* 1/28/21, and the person was arrested on *(date)* 2/11/21
at *(city and state)* FRESNO, CA

Date: 2/12/21                                         *Arresting officer's signature*

                                                      DADA CHEAM, SPECIAL AGENT
                                                      *Printed name and title*