PHILLIP A. TALBERT
Acting United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NATHAN DANIEL LARSON, <br><br> Defendant. | Case No: 1:21-cr-00022 NONE/SKO <br><br> **JOINT STATUS REPORT IN ADVANCE OF APRIL 21, 2021 STATUS CONFERENCE** <br><br> Ctrm:   7 <br><br> Hon. Sheila K. Oberto |

    This case is set for a status conference on April 21, 2021.  Dkt. 8.  On April 7, 2021, the court ordered the parties to "file a joint status report informing the court of the status of the case, including whether any change of plea is anticipated, a proposed next date for a status conference or change of plea, and whether defendants agree to exclude time to the next date."  Ibid.

///

///

///

1

**STATUS OF CASE**

1. The grand jury returned an indictment in this case on January 28, 2021. Dkt. 2. Defendant first appeared in this court for his initial appearance and detention hearing (he was ordered detained) on February 25, 2021. Dkts. 8 and 11. The parties reached and filed a stipulation regarding the protection of discovery that contains confidential information about third parties, which the court endorsed by way of formal order on March 2, 2021. Dkt. 14.

2. The government has thus far provided written discovery to defense counsel. This discovery includes investigative reports from the Fresno Police Department and Denver Police Department, search warrant documents both from California and Virginia, reports from the Fresno Office of Homeland Security Investigations, and airlines records. Counsel for the government is in the midst of requesting and identifying additional records from various agencies in an effort to identify and produce supplemental discovery. The government anticipates being able to produce additional discovery within the next two weeks.

3. This case also involves electronic devices that contain evidence including depictions of minors engaged in sexually explicit conduct. Counsel for the government will work with case agents and defense counsel in an effort to facilitate the defense's forensic review of this evidence, in a manner in accord with relevant provisions of the Adam Walsh Act.

4. Defense counsel has spoken with defendant. Pursuant to these discussions, defendant has stated that he: (1) recently sent the court a letter asking to represent himself and intends to make that request at his upcoming status conference; (2) does not agree to appear in court by way of video conference and recently sent the court a letter explaining the reasons for his objection; (3) does not want to waive time; and (4) wants to appear personally in court and without a mask.

5. In light of the above, the parties request that this matter be placed last on the court's 1:00 p.m. calendar on April 21, 2021, so the court can address any issues regarding representation

///

///

with defendant that he would like to discuss.

Dated:  April 14, 2021                     PHILLIP A. TALBERT
                                           Acting United States Attorney

                                    By:  /s/ Brian W. Enos
                                         Brian W. Enos
                                         Assistant United States Attorney

                                         (*As authorized 4/14/21*)

Dated: April 14, 2021                By:  /s/ Peter M. Jones
                                         Peter M. Jones, Esq.
                                         Attorney for Defendant
                                         Nathan Daniel Larson

3