CAED 435 (Rev. 1/14)

**United States District Court, Eastern District of California**

# TRANSCRIPT ORDER

*You **must** provide the name of the Reporter.*

Case 1:21-cr-00022-NONE-SKO   Document 22   Filed 05/07/21   Page 1 of 1

**FOR COURT USE ONLY**
DUE DATE:

| # | Field | Value |
|---|---|---|
| 1 | NAME | Brian Enos |
| 2 | EMAIL | brian.enos@usdoj.gov |
| 3 | PHONE NUMBER | 559/497-4000 |
| 4 | DATE | 5-07-2021 |
| 5 | MAILING ADDRESS | 2500 Tulare St. Ste. 4400 |
| 6 | CITY | Fresno |
| 7 | STATE | CA |
| 8 | ZIP CODE | 93721 |
| 9 | CASE NUMBER | 1:21-cr-00022-NONE-SKO |
| 10 | JUDGE | SKO |
| 11 | FROM | 2-25-2021 |
| 12 | TO | 4-30-2021 |
| 13 | CASE NAME | US v Larson |
| 14 | CITY | Fresno |
| 15 | STATE | CA |

**16. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTION(S) | DATE(S) | REPORTER | PORTION(S) | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] VOIR DIRE | | | [ ] TESTIMONY (Specific Witness) | | |
| [ ] ENTIRE TRIAL | | | | | |
| [ ] SENTENCING | | | Status Conference | 4-30-2021 | Karen Hooven |
| [ ] MOTION HEARING | | | [x] OTHER (Specify) | | |
| [ ] STATUS HEARING | | | Arraignment and Detention Hearing | 2-25-2021 | Karen Hooven |
| [ ] CHANGE OF PLEA | | | Status Conference | 4-21-2021 | Karen Hooven |
| [ ] PRE-TRIAL PROCEEDING | | | Commencement of Faretta Hearing | 4-28-2021 | Kimberly Bennett |

**18. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [x] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

| 19. SIGNATURE | /s/ Brian W. Enos | PROCESSED BY | |
|---|---|---|---|
| 20. DATE | 5/07/2021 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |