| CAED 435 (Rev. 1/14) | United States District Court, Eastern District of California | FOR COURT USE ONLY |
|---|---|---|
| *You **must** provide the name of the Reporter.* | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME Brian Enos | 2. EMAIL brian.enos@usdoj.gov | 3. PHONE NUMBER 559/497-4000 | 4. DATE 5-11-2021 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS 2500 Tulare Street Suite 4400 | | 6. CITY Fresno | 7. STATE CA | 8. ZIP CODE 93721 |
| 9. CASE NUMBER 1:21-cr-00022-NONE-SKO | 10. JUDGE SKO | DATES OF PROCEEDINGS | | |
| | | 11. FROM 2-25-2021 | 12. TO 4-30-2021 | |
| 13. CASE NAME US v Nathan Larson | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Fresno | 15. STATE CA | |

**16. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTION(S) | DATE(S) | REPORTER | PORTION(S) | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] VOIR DIRE | | | [ ] TESTIMONY (Specific Witness) | | |
| [ ] ENTIRE TRIAL | | | | | |
| [ ] SENTENCING | | | Status Conference | 4-30-2021 | K. Hooven |
| [ ] MOTION HEARING | | | [x] OTHER (Specify) | | |
| [ ] STATUS HEARING | | | Arraignment and Detention Hearing | 2-25-2021 | K. Hooven |
| [ ] CHANGE OF PLEA | | | Status Conference | 4-21-2021 | K. Hooven |
| [ ] PRE-TRIAL PROCEEDING | | | Commencement of Faretta Hearing | 4-28-2021 | K. Bennett |

**18. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [x] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| CERTIFICATION (19 & 20) By signing below, I certify I will pay all charges (deposit plus additional). | | | | ESTIMATE TOTAL | |

| 19. SIGNATURE /s/ Brian W. Enos | PROCESSED BY |
|---|---|
| 20. DATE 5-11-2021 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |