IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 08-CR-00523-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v

NATHAN DANIEL LARSON,

     Defendant.

---

## FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
## FOR ORDER OF DETENTION

---

     This matter is before the court for detention hearing on December 19, 2008. The court has taken judicial notice of the court's file and the pretrial services report. Moreover, the court has considered the proffers made by the Government and by the Defendant. The court now being fully informed makes the following findings of fact, conclusions of law and order.

     In order to sustain a motion for detention, the government must establish that (a) there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the defendant's presence for court proceedings; or (b) there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the safety of any other person or the community. The former element must be established by a preponderance of the evidence, while the latter requires proof by clear and convincing evidence.

     If there is probable cause to believe that the defendant committed an offense which carries a maximum term of imprisonment of over 10 years and is an offense prescribed by the Controlled Substances Act, a rebuttable presumption arises that no condition or combination of



EXHIBIT "M"

conditions will reasonably assure the appearance of the person as required and the safety of the community.

The Bail Reform Act, 18, U.S.C, § 3142(g), directs the court to consider the following factors in determining whether there are conditions of release that will reasonably assure the appearance of the defendant as required and the safety of any other person and the community:

    (1)    [t]he nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug;

    (2)    the weight of the evidence against the person;

    (3)    the history and characteristics of the person, including –

        (A)    the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

        (B)    whether at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State or local law; and

    (4)    the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

The government is requesting detention in this case. In making my findings of fact, I have taken judicial notice of the information set forth in the pretrial services report and the entire court file, and have considered the proffers submitted by government and defense counsel and the arguments of counsel. Weighing the statutory factors set forth in the Bail Reform Act, I find the following by clear and convincing evidence:

First, the defendant has been charged in the Indictment with Threats Against the President of the United States in violation of 18 U.S.C. § 871(a). Based upon the Indictment, I

Case 1:08-cr-00528-PAB Document 12-19-08 USDC Colorado Page 3 of 4

find probable cause exists that the defendant committed the charged offense.

Second, I find that the defendant has a very long history of mental illness that dates back to age 4. As a juvenile, defendant was charged in juvenile court with assault and battery, and malicious wounding of a police officer. In this juvenile case, the defendant sought revenge on a schoolmate and saved up his urine, which he then sprayed on the victim. When the school and police intervened, he drew a pocket knife on the police officer. At that time, defendant was believed to be suffering from depression was prescribed Paxil. He had a bad reaction to the Paxil and he became "manic." At age 19, defendant had suicidal ideations and he was placed at Dominion Hospital in Vienna, Virginia for a 72 hours hold and treat and was later prescribed Wellbutrin. In May 2008, defendant moved to Baltimore, Maryland. Defendant's mother informed pretrial release, that defendant became very depressed and obsessive, reading books and information on the internet regarding anarchists and anti-government activities. Defendant was posting on the internet blogs concerning his views. Defendant then decided to run for office on the Libertarian platform, espousing the platform that all government functions should be eliminated and the government disbanded. He also began to send threatening emails to various people and entities. In September 2008, defendant was again hospitalized at Prince William Hospital in Manassa, Virginia. He was diagnosed with depression and prescribed Zyprexa (for a few days) and Remeron and Zoloft. There was also a recommendation for further evaluation but the defendant declined any further evaluation since he was in the hospital as a voluntary commitment.

Third, I find that defendant has limited residential and employment stability in the District of Colorado as he has only been a resident since November 11, 2008. The nature of the instant offense which alleges Threats Against the President of the United States and the email that was provided to the court by pretrial release is incorporated by reference in my findings. Lastly, defendant has suffered an adult conviction for Use of Computer for Harassment.

In light of these facts, I find, by a clear and convincing evidence, that no condition or combination of conditions of release will reasonably assure the safety of other persons or of the community. Accordingly, I order that the defendant be detained without bond.

Done this 19th of December, 2008.

BY THE COURT

S/ Michael J. Watanabe

Case 1:03-cr-00523-PAB Document 9 Filed 12/19/08 USDC Colorado Page 4 of 4

Michael J. Watanabe
U.S. Magistrate Judge

6 20 70

Nathan Larson
9270 Prospect Avenue
Catlett, VA 20119
August 9, 2010



RECEIVED
AUG 10 2010
U.S. PROBATION OFFICE
MANASSAS, VA.

Barry Raymond
Senior United States Probation Officer
10500 Battlefield Parkway, Suite 100
Manassas, VA 20109

Dear Mr. Raymond:

I have decided not to comply with my conditions of supervised release anymore. The United States Government has no rightful claim to jurisdiction over me, and I am not morally bound to obey any of its laws or officers. In throwing off the federal yoke, I am exercising the right of individual sovereignty to which I am entitled under natural law.

From now on, I will violate federal, state and local laws at will, as long as such violations do not infringe the rights of others. For example, I will possess and use whatever controlled substances I want to possess and use. There is no natural law against doing so; such "offenses" are merely victimless crimes arbitrarily established by the government. I refuse to submit to any more drug tests, because they infringe my privacy rights.

For now on, I will possess firearms, ammunition, destructive devices, and other dangerous weapons whenever I want to. I have a right to protect myself from aggressors, including those who work for the government. If you happen to hear the distinctive sound of the gunfire of a Solothurn S-18/100 20 mm Anti-Tank Cannon emanating from my backyard, as cardboard cutouts of statist federal politicians, federal judges, federal prosecutors, and federal agents become riddled with large, ragged bullet holes, please know that there is nothing amiss; it is just me engaging in target practice.

From now on, I will leave the judicial district whenever I want to. Arbitrary borders drawn by governments have no legitimacy to me. I will come and go as I please.

I will not submit any more probation reports, as they are a pointless waste of time. I will not answer any inquiries or follow any instructions of probation officers. I will not notify any probation officer when I change residence or employment, since that is none of the court's business.

I will frequent places where controlled substances are illegally sold, used, distributed, and administered whenever I want to frequent those places. I will associate with persons engaged in what the government deems criminal activity and with persons convicted of felonies whenever I want to. I will refrain from helping anyone infringe others' rights, but I won't submit to the government's arbitrary designation of certain people as off-limits.

I will not permit probation officers to visit, or permit confiscation of what such officers may deem "contraband." Nor will I notify a probation officer if I am arrested or questioned by a law-enforcement officer. Nor will I provide access to any requested financial information. I have no moral obligation to disclose such matters to the court.

EXHIBIT "D"

I will not participate in a program of mental health treatment. There is no point; it is a complete waste of taxpayer money. I do not have any mental illnesses, so there is nothing for a counselor to treat. I certainly am not going to submit to any involuntary medication, since that constitutes an unwanted intrusion into my body, over which I have sovereign ownership rights.

Lastly, I will use email whenever I want to use email, and without obeying any restrictions or conditions imposed by any probation officer. I have a right to communicate without allowing government officials to be privy to such communications. If there are any other conditions of supervised release I have not mentioned, please know that I have as little intention of obeying those as I do of obeying the ones I have mentioned.

Do not attempt to enforce the judgment of the court. I do not recognize the legitimacy of that judgment. I am also morally entitled to defend myself if anyone tries to lay hands on me, since I have not infringed anyone's rights. I was convicted of making a threat against the President of the United States. It was a threat I was entitled to make, since defense of others is morally permissible when a government official, or any other criminal, is committing aggression against them through the henchmen under his command. The federal government lacks any rightful authority to arrest people for violating tax laws, drug laws, etc. to which they did not consent to being bound. Federal agents are committing aggression at any given moment at the behest of the President; therefore, at any given moment, anyone has a right to kill, or to threaten to kill, the President.

In view of the overwhelming force that the government can muster for its efforts to infringe the rights of the innocent, I might have decided that it was in my interests to obey the conditions of release. But the court and its officers have too much power. Supervised release is a middle ground between freedom and incarceration, and what is to prevent the court, and/or you, from making it almost as bad as imprisonment? Only your goodwill. But I don't trust in goodwill, when the person has no incentive to display any such tendency.

You can make it intolerable for me, if you want to; and why wouldn't you? Those who are attracted to government work tend to be those who are willing to put ethics aside and pursue other priorities. And there are no penalties for a government official who harms the innocent in a way that is authorized by law. Even if you happen to be a reasonably decent person, who is to say that you will be my probation officer for the entire three years? In light of this, I may as well rebel completely, and go back to prison. That way, I stand a chance of leaving the criminal justice system in 2012 rather than in 2013, or beyond.

Sincerely,

Nathan Larson

I find that the information in this letter establishes probable cause that this defendant is about to abscond from supervision. Accordingly, it is hereby

ORDERED that an arrest warrant be issued immediately for violation of supervised release.

/s/

Leonie M. Brinkema



🔖 f 🐦 ✉ 💬

*POLITICS*    05/31/2018 09:19 pm ET | **Updated** Jul 16, 2018

# Congressional Candidate In Virginia Admits He's A Pedophile

Nathan Larson also ran online forums for pedophiles and misogynists.

**By Jesselyn Cook and Andy Campbell**

Nathan Larson, a 37-year-old accountant from Charlottesville, Virginia, is running for Congress as an independent candidate in his native state. He is also a pedophile, as he admitted to HuffPost on Thursday, who has late ex-wife.

In a phone call, Larson confirmed that he c suiped.org and incelocalypse.today — chat pedophiles and violence-minded misogynis after confirming that his campaign website among others. His sites were terminated by

Ad removed. Details

EXHIBIT "E"

 

On the phone, he was open about his pedophilia and seemingly unfazed about his long odds of attaining government office.

"A lot of people are tired of political correctness and being constrained by it," he said. "People prefer when there's an outsider who doesn't have anything to lose and is willing to say what's on a lot of people's minds."

When asked whether he's a pedophile or just writes about pedophilia, he said, "It's a mix of both. When people go over the top there's a grain of truth to what they say."

Asked whether there was a "grain of truth" in his essay about father-daughter incest and another about raping his ex-wife repeatedly, he said yes, offering that plenty of women have rape fantasies.



NATHANLARSONORG

Nathan Larson is running for Congress as an independent in Virginia. In an interview with HuffPost, he was open about his pedophilia.

According to Larson's <u>campaign manifesto</u>, his platform as a "quasi-neoreactionary libertarian" candidate includes protecting gun ownership rights, establishing free trade and protecting "benevolent white supremacy," as well as legalizing incestuous marriage and child pornography.

In the manifesto, Larson called Nazi leader Adolf Hitler a "white supremacist hero." He urged Congress to repeal the Violence Against Women Act, adding, "We need to switch to a system that classifies women as property, initially of their fathers and later of their husbands." He also showed sympathy for men who identify as involuntary celibates, or incels, suggesting it is unfair that they "are forced to pay taxes for schools, welfare, and other support for other men's children."

Using the pseudonyms Leucosticte and Lysander, Larson frequently participated in conversations on his own message boards, he confirmed to HuffPost.



SUIPED ORG

Larson posted as "Lysander" on his now-defunct website, suiped.org.

As Lysander on suiped.org, a forum for "suicidal pedophiles," Larson wrote numerous posts endorsing child rape and other forms of sexual abuse.

"Why doesn't every pedo just focus on making money so they can get a pedo-wife and then either impregnate her with some fucktoys or adopt some fucktoys?" he wrote on the platform in October. "That would accommodate both those who are and aren't into incest. And of course, the adoption process lets you pick a boy or a girl."

 

relinquished his parental rights during a custody battle. His ex-wife got a court-ordered restraining order against him in 2015 before she died by suicide. He has since remarried, he says, and is now living in Catlett, Virginia.

Larson used the moniker "Leucosticte" on incelocalypse.today — a forum for incels who are pedophiles that was removed this week after the website Babe contacted the domain host. There, he identified as a "hebephilic rapist," noting that he's not a typical incel because he'd had sex by raping his ex-wife.

According to the site, which HuffPost viewed before it was taken down, "incelocalypse" refers to "the day we make the jailbaits our rape-slaves." (The term "jailbait" is slang for a person who is under the legal age of consent for sex.)



INCELOCALYPSE TODAY

Larson posted as "Leucosticte" on incelocalypse.today.

Case 1:21-cr-00022-NONE-SKO Document 24-1 Filed 05/19/21 Page 11 of 17

 

From Washington to the campaign trail, get the latest politics news.

address@email.com            SUBSCRIBE

HuffPost did not view any posts explicitly stating that he has engaged in sexual activity with minors, although he repeatedly expressed a desire to have sex with infants and children, including his own daughter. In the phone call, Larson said that the word "pedophile" is "vague" and "just a label," adding that it's "normal" for men to be attracted to underage women. He said he did not commit any crimes.

In a 3,300-word essay on incelocalypse.today, titled "Here's How to Psyche Yourself Up to Feel Entitled to Rape," Larson tells other members: "Don't forget: feminism is the problem, and rape is the solution." On the platform, he also advocated for father-daughter marriage, killing women and raping virgins.

Larson is less worried about his run for Congress than about his sites coming down. He told HuffPost that the termination of his websites is an affront to his freedom of speech and that he's going to try to get them hosted elsewhere. Not that it'll matter — there are still plenty of forums where incels and other such communities can congregate. The removal of Larson's sites caused an uproar on incels.me, a separate, much larger forum for incels.

Larson's political ambitions span more than a decade. He first ran for Congress in Virginia's 1st District in 2008 on what he described as an "anarcho-capitalist" platform. That same year, he sent a letter to the Secret Service threatening to kill the president, which landed him in federal prison for 14 months and barred him from seeking public office in Virginia (convicted felons are free to run for federal office).

But in 2016, then-Virginia Gov. Terry McAuliffe (D) restored voting and other civil rights to thousands of felons, allowing Larson to run for state office. In 2017 he ran in Virginia's House of Delegates District 31 and secured less than 2 percent of the vote. Now he is gunning for a seat in Virginia's 10th Congressional District.

Case 1:21-cr-00022-NONE-SKO    Document 24-1    Filed 05/19/21    Page 12 of 17



NATHAN LARSON

On websites, Nathan Larson, 37, has advocated for rape, pedophilia, incest and kidnapping.

Until it was pulled down, Larson's site Nathania.org, a wiki page with details about his latest candidacy, featured posts titled "A Man Should Be Allowed to Choke His Wife to Death as Punishment for Cutting Her Hair Short Without Permission, or Other Acts of Gross Insubordination," "Advantages of Father-Daughter Incest" and "The Justifiability of an Incel's Kidnapping a Girl and Keeping Her as His Rape-Slave for Sex and Babymaking." Wiki pages can be edited by other people, but Larson confirmed he wrote these posts as well as several other disturbing entries.

In "Let's Define What Rape Is," a 3,000-word essay posted on Nathania.org as well as other incel sites, Larson wrote: "Women are objects, to be taken care of by men like any other property, and for powerful men to insert themselves into as it pleases them, and as they believe will be in women's own interests. In most cases, their interests are aligned, as long as the man is strong. Female sex-slaves actually get a much better deal than animals, because in most cases, they are allowed to reproduce, unlike animals raised for meat or companionship."

Case 1:21-cr-00022-NONE-SKO   Document 24-1   Filed 05/19/21   Page 13 of 17



People are open-minded.

He continued, "A lot of people who disagreed with someone like Trump … might vote for them anyway just because the establishment doesn't like them."

*Clarification: Language in this story has been amended to clarify that, until 2016, Larson was barred only from running for state office. He was always eligible to run for federal office.*

*If you or someone you know needs help, call 1-800-273-8255 for the National Suicide Prevention Lifeline. You can also text HOME to 741-741 for free, 24-hour support from the Crisis Text Line. Outside of the U.S., please visit the International Association for Suicide Prevention for a database of resources. For help with sexual violence, visit RAINN's National Sexual Assault Online Hotline or the National Sexual Violence Resource Center's website.*

*Do you have information you want to share with HuffPost? Here's how.*



**Jesselyn Cook** 🐦
Senior Reporter, HuffPost
**Andy Campbell** 🐦
Senior Editor, HuffPost

Suggest a

correction

**MORE:**

( Virginia )  ( Misogyny )  ( United States Congress )  ( Pedophilia )  ( Nathan Larson )

# Popular in the Community

Case 1:21-cr-00022-NONE-SKO   Document 24-1   Filed 05/19/21   Page 14 of 17

    

## You May Like

**Everyone Is Still Grasping Jonathan Scott Tragedy**

Falafel & Caviar · Ad

**Netflix Cancels Another Round Of Great Shows**

The_Sports_Drop · Ad

**Here's What Diet Soda Actually Does To Your Body**

Nucific · Ad

**25 Cute and Tiny Baby Animals To Brighten Your Day**

NinjaJournalist · Ad

**Val Kilmer Is 61 And Finally Confirms The Rumors**

TravelerMaster · Ad

**GOP Rep. Adam Kinzinger Predicts How Republican Purge Of Liz Cheney Will Backfire**

HuffPost

**Buckingham Palace Wants Picture Of 'MAGA' Queen Elizabeth Removed From 'Trump Train'**

HuffPost

 

### 64 Rare Vintage Photos Captured More Than Expected

Groovy History · Ad

### This Is What Happens When Use WD-40 As Engine Oil

MyDailyMagazine · Ad

### Jeff Bezo's Mansion Is Larger Than A Neighborhood

SPORTSDROP · Ad

### Teacher Writes Note, Doesn't Realizes Who Dad Is

Graduatez A · Ad

### Cleopatra's DNA Revealed, People Aren't Happy

CultureHook · Ad

### Darwin's Arch, Iconic Galapagos Formation, Crumbles Into The Pacific…

HuffPost

### Laura Ingraham: Left Used COVID Lockdowns To Groom Public For Climate Change…

HuffPost

### Netflix's 'Special' Has A Lot Left To Say About Disabled Lives, Gay Sex

HuffPost

# MOST SHARED

Democrats Are Forgetting

Here's What Diet Soda

Philly Health Chief Ousted

Howard University

Bus Driver Shortage

What's Popular

Actually Does

On MOVE

Appoints

Forces Kids In

Case 1:21-cr-00022-NONE-SKO   Document 24-1   Filed 05/19/21   Page 16 of 17

 

Discarding
Victims'
Remains

College Of Fine
Arts

Home

# WHAT'S HOT

**House Prepares To Vote On Commission Investigating Capitol Attack**

**Barry Jenkins' 'The Underground Railroad' Is Harrowing And Stunning. Don't Binge It.**

**Vanessa Bryant Delivers Incredible Hall of Fame Speech Honoring Kobe: 'He's Still Winning'**

**NY Yankees Shortstop Tests Positive For COVID-19 Despite Being Vaccinated**

**College Pitcher's Stolen Prosthetic Arm Found In A Really Bizarre Place**

**India Sets Record For Highest Daily Coronavirus Death Toll Of Any Country**

**Netflix Cancels Another Round Of Great Shows**
Advertisement by
The_Sports_Drop

**India Sets Record For COVID-19 Deaths Even As Cases Level Off**

NEWS

ENTERTAINMENT

COMMUNITIES

VIDEO

POLITICS

LIFE

HUFFPOST PERSONAL

NEWSLETTERS

☰                                                                      🔖  f  🐦  ✉  💬

RSS                                                    FAQ

CAREERS                                                ARCHIVE

USER AGREEMENT                                         COMMENT POLICY

HUFFPOST PRESS ROOM                                    PRIVACY POLICY

DMCA POLICY

DO NOT SELL MY
PERSONAL
INFORMATION ▷

Part of HuffPost Politics. ©2021 BuzzFeed, Inc. All rights reserved.

The Huffington Post