1  PHILLIP A. TALBERT
   Acting United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,              Case No.  1:21-cr-00022 NONE/SKO

12                         Plaintiff,      NOTICE OF REQUEST TO SEAL EXHIBIT B
                                           AND EXHIBIT C IN SUPPORT OF THE
                  v.                       GOVERNMENT'S MOTION FOR MENTAL
13                                         EXAMINATION FOR COMPETENCY AND
                                           COMPETENCY EXAM UNDER 18 U.S.C. § 4241
    NATHAN DANIEL LARSON,                  AND FEDERAL RULE OF CRIMINAL
14                                         PROCEDURE 12.2(c)(1)(A) AND REQUEST TO
                         Defendant.        SEAL DOCUMENTS
15

16

17

18         Pursuant to Local Rule 141(b), the United States, by and through Assistant United States

19  Attorney Brian W. Enos, provides notice that it is requesting to file under seal:  Exhibits B and C in

20  support of the Government's Motion for Mental Examination for Competency and Competency Exam

21  Under 18 U.S.C. § 4241 and Federal Rule of Criminal Procedure 12.2(c)(1)(A) filed with the Court on

22  May 19, 2021.  Based upon the concerns articulated in the Government's Request to Seal Documents,

23  the Government respectfully requests that these documents remain under seal until further Order of the

24  Court.

25         Government counsel emailed copies of each of the aforementioned documents to the Court on

26  May 19, 2021.  On May 3, 2021, government counsel obtained the documents consisting of Exhibit B

27  and Exhibit C from an agent at Homeland Security Investigations, who in turn obtained these documents

28  from the U.S. Probation Office within the Eastern District of Virginia.  Government counsel understands

1   that defense counsel obtained copies of each of these documents (two psychiatric/psychological reports)

2   before this date.

3

4   Dated:  May 20, 2021                                        PHILLIP A. TALBERT
                                                                Acting United States Attorney
5

6                                                        By:   /s/ BRIAN W. ENOS
                                                                BRIAN W. ENOS
7                                                               Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL           2
DOCUMENTS