**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:   **Defendant, Nathan Daniel Larson**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>NATHAN DANIEL LARSON,<br><br>Defendant(s). | Case No.: 1:21:CR-00022 NONE/SKO<br><br>**REQUEST TO SEAL DOCUMENTS: DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR MENTAL EXAMINATION FOR COMPETENCY AND COMPETENCY HEARING** |

Pursuant to Local Rule 141(b), Defendant, by and through his counsel, Peter M. Jones, hereby requests that his response to the Government' motion for a mental examination to determine competency be sealed. The Government obtained a sealing order of their motion due to the submission of psychiatric records of the defendant. Defendant's response further references those records and he therefore requests they also be sealed.

Dated: June 2, 2021            /s/ Peter M. Jones
                      PETER M. JONES, Attorney For
                      NATHAN LARSON

{8694/002/01267192.DOC}            1

**REQUEST TO SEAL DOCUMENTS: DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR MENTAL EXAMINATION FOR COMPETENCY AND COMPETENCY HEARING**