**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:   **Defendant, Nathan Daniel Larson**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>NATHAN DANIEL LARSON,<br><br>Defendant(s). | Case No.: 1:21-cr-00022 NONE/SKO<br><br>**[PROPOSED] ORDER SEALING DOCUMENTS** |

Pursuant to Local Rule 141(b) and based on representations contained in Defendant's Request To Seal,

**IT IS HEREBY ORDERED** that Defendant's Response to the United States Motion For A Mental Examination For Competency and Competency Hearing; Notice of Intent to Assert An Insanity Defense Pursuant to F.R.C.P. Rule 12.2(a); and Declaration of Peter M. Jones", shall be SEALED.

DATED:_____          _____
                                                                    THE HONORABLE DALE A. DROZD
                                                                    UNITED STATES DISTRICTCOURT JUDGE

{8694/002/01267190.DOC}                    1