**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:     **Defendant, Nathan Daniel Larson**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff(s),<br><br>     v.<br><br>NATHAN DANIEL LARSON,<br><br>             Defendant(s). | Case No.: 1:21-cr-00022 NONE/SKO<br><br>**ORDER SEALING DOCUMENTS** |

   Pursuant to Local Rule 141(b) and based on representations contained in Defendant's Request To Seal,

   **IT IS HEREBY ORDERED**  that Defendant's Response to the United States Motion For A Mental Examination For Competency and Competency Hearing; Notice of Intent to Assert An Insanity Defense Pursuant to F.R.C.P. Rule 12.2(a); and Declaration of Peter M. Jones",  shall be SEALED.

IT IS SO ORDERED.

Dated:   **June 3, 2021**           _____
                                     UNITED STATES DISTRICT JUDGE

{8694/002/01267190.DOC}                                 1

**[PROPOSED] ORDER SEALING DOCUMENTS**