PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00022 NONE/SKO |
|---|---|
| Plaintiff, | ORDER SEALING FORENSIC EVALUATION REPORT AND ADDENDUM IN ADVANCE OF JANUARY 7, 2022 COMPETENCY HEARING |
| v. | |
| NATHAN DANIEL LARSON, | |
| Defendant. | |

Pursuant to Local Rule 141 and based upon government counsel's representations made at the December 17, 2021 status conference (Dkt. 60), wherein the court set:

(1) a December 30, 2021 filing deadline regarding the brief the government asked to submit to the court in advance of the pending hearing to determine defendant's competency pursuant to 18 U.S.C. § 4241 and Fed. R. Crim. P. 12.2, as well as

(2) the date regarding this hearing to take place on Friday, January 7, 2022 at 8:30 a.m.,

IT IS HEREBY ORDERED that Exhibits A and B in support of the government's briefing in advance of the aforementioned hearing, consisting of the Bureau of Prisons' October 21, 2021 Forensic Evaluation and Forensic Addendum of the same date, respectively, shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United

States and counsel for the defendant, Nathan Daniel Larson.  The Court has considered the factors set forth in <u>Oregonian Publishing Co. v. U.S. District Court for the District of Oregon</u>, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the Government's request, sealing the Governments's exhibits to its pending briefing serves a compelling interest (specifically, not disclosing the details contained in the defendant's confidential medical files to the public).  The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed.  In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated:   **December 29, 2021**              *Dale A. Drozd*
                                            UNITED STATES DISTRICT JUDGE