# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>NATHAN DANIEL LARSON,<br><br>                Defendant. | Case No.: 1:21-CR-00022 JLT<br><br>ORDER ASSIGNING DEFENDANT PRO PER STATUS |

Nathan Daniel Larson has requested to be relieved of appointed counsel and to represent himself in propria persona. The court has granted that request. Therefore it is hereby ORDERED that:

1. The Clerk of the Court shall enter a substitution of attorney reflecting appointment as attorney of record effective March 4, 2022:

>  NATHAN DANIEL LARSON
>  Booking number # 2130705
>  USMS # 36054-013
>  JID # 7105095
>  Fresno County Jail
>  P.O. Box 872
>  Fresno, CA 93712

2. A copy of this order shall be served on Fresno County Jail.

3. The defendant shall be granted law library access at the Fresno County Jail in preparation for trial.

4. Peter Jones will be appointed as Stand-by Counsel. This appointment shall remain in

effect until further order of this court. Mr. Jones' roles is limited to assisting Mr. Larson with tasks that he cannot easily accomplish due to his incarceration, to answer questions, and to monitor the case if Mr. Larson's pro se status is terminated. He SHALL take care to provide assistance requested but not to unduly interject himself such that Mr. Larson's right to represent himself is protected.

     5. Defendant's request for appointment of an investigator is GRANTED.

IT IS SO ORDERED.

Dated: **March 7, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE