**CAED 435** (Rev. 1/14)

United States District Court, Eastern District of California

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| # | Field | Value |
|---|---|---|
| 1 | NAME | Brian Enos |
| 2 | EMAIL | brian.enos@usdoj.gov |
| 3 | PHONE NUMBER | 559/497-4000 |
| 4 | DATE | 4/11/2022 |
| 5 | MAILING ADDRESS | 2500 Tulare Street Suite |
| 6 | CITY | Fresno |
| 7 | STATE | CA |
| 8 | ZIP CODE | 93725 |
| 9 | CASE NUMBER | 1:21-cr-00022 JLT |
| 10 | JUDGE | JLT & DAD |
| 11 | FROM | December 17, 2021 |
| 12 | TO | March 31, 2022 |
| 13 | CASE NAME | US V Nathan Larson |
| 14 | CITY | Fresno |
| 15 | STATE | CA |

**16. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTION(S) | DATE(S) | REPORTER | PORTION(S) | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] VOIR DIRE | | | [ ] TESTIMONY (Specific Witness) | | |
| [ ] ENTIRE TRIAL | | | | | |
| [ ] SENTENCING | | | Status Conference and Revocation of Larson's Pro Se Status | March 31, 2022 | Rachael Lundy |
| [ ] MOTION HEARING | | | [x] OTHER (Specify) | | |
| [ ] STATUS HEARING | | | Status Conferene re Defendants Mental Evaluation | Dec. 17, 2021 | Rachael Lundy |
| [ ] CHANGE OF PLEA | | | Competency Hearing | Jan. 7, 2021 | Karen Hooven |
| [ ] PRE-TRIAL PROCEEDING | | | Faretta Hearing and Status Conference | March 4, 2022 | Karen Hooven |

**18. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [x] | [x] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

**19. SIGNATURE** /s/ Brian Enos

PROCESSED BY

**20. DATE** 4/11/2022

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |