IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>**NATHAN DANIEL LARSON**<br><br>                Defendant. | Case No.: 1:21-cr-00022-001 JLT<br><br>ORDER OF TRANSPORTATION |

Based upon the serious medical needs of Mr. Larson and the representation of the U.S. Marshal Service that Mr. Larson's needs cannot be met at the facility where he is currently housed, the Court **ORDERS** that defendant **NATHAN DANIEL LARSON, USM # 36054-013**, SHALL be transported from Medical River Bend Nursing Facility to FCI Safford forthwith.

IT IS SO ORDERED.

    Dated:   **August 23, 2022**

                                                  UNITED STATES DISTRICT JUDGE