IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00022-001 JLT |
|---|---|
| Plaintiff, | AMENDED ORDER OF TRANSPORTATION |
| v. | |
| **NATHAN DANIEL LARSON** | |
| Defendant. | |

Based upon the serious medical needs of Mr. Larson and the representation of the U.S. Marshal Service that Mr. Larson's needs cannot be met at the facility where he is currently housed, the Court **ORDERS** that defendant **NATHAN DANIEL LARSON, USM # 36054-013**, shall be transported from Riverbend Nursing Center to Promise Hospital, 433 E. 6th Street, Mesa, Arizona (408) 427-3000 forthwith.

IT IS SO ORDERED.

Dated: **August 30, 2022**

UNITED STATES DISTRICT JUDGE