PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>NATHAN DANIEL LARSON,<br><br>                Defendant. | Case No.  1:21-cr-00022 JLT<br><br>**THE UNITED STATES' REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER** |

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the indictment against NATHAN DANIEL LARSON, without prejudice and in the interest of justice.

                                                      Respectfully submitted,

Dated:  October 7, 2022                                       PHILLIP A. TALBERT
                                                                  United States Attorney

                                               By:  /s/ BRIAN W. ENOS
                                                       BRIAN W. ENOS
                                                        Assistant United States Attorney

///

///

///

**ORDER**

IT IS HEREBY ORDERED that the criminal indictment against NATHAN DANIEL LARSON be dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

Dated: **October 11, 2022**

_____
UNITED STATES DISTRICT JUDGE